

☒ *FEDERATED MUTUAL INSURANCE COMPANY*
☐ *FEDERATED SERVICE INSURANCE COMPANY*

*HOME OFFICE: OWATONNA, MN 55060*

**Proof Of Loss**
**(Burglary, Robbery, Theft - All Forms)**

1. ___I___ (I or we) hereby make claim against the company designated above for $ _____ under its Policy No. 0095871 _____, said claim being based on the statements hereinafter contained which statements are declared to be true.

2. On the ___18th___ day of _April_ ___2016___ , at about _:15_ o'clock _A.M._, a Burglary, Robbery, Theft or Larceny occurred at premises known as _Diamond Shoppe J_ or at _7127 Mexico Road_ in the City of _St. Peters_ , County of _St. Charles_ , State of _Missouri_ and that property insured under said Policy as set forth in this proof of loss, and in any schedules and papers hereto annexed, was stolen or damaged.

3. The occurrence of the Burglary, Robbery, Theft or Larceny was first known to ___me___ (me or us) about ___ o'clock ___ A.M. on the ___18th___ day of _April_ , _2016_ , and ___I___ (I or we) notified the Company at its Office at _____ on the _18th_ day of _April_ , _2016_ , and _I_ (I or we) also notified the nearest local police authorities at _____ in the City of _St. Peters_ on about the ___18th___ day of _April_ , _2016_ , about _9:00_ o'clock _A.M._

4. The manner in which the Burglary, Robbery, Theft or Larceny was committed and the names of all persons known or suspected to have been implicated therein, are as follows:
According to law enforcement, the burglary occurre by the suspect(s) using landscape bricks or rocks to gain entry into the building and display cases. That a vehicle may have been used. The police noted four suspects, but named on Defendant, Wayne M. Collins and a felony warrant was issued for his arrest on or about May 5, 2016.

5. The visible marks of an entry on the premises showing the actual force and violence used in making entry therein are as follows (if loss occurred at premises) _The shattering of the plate glass windows._

6. Damage to premises _Fixtures, furnishings, Artwork, Jewelry, Display Cases, Rug, Molds, Lighting_

7. Damage to property at premises (if damage to safe, show make and number of safe) _____

8. The details of the claim made by _____ (me or us) are as follows:

| | | |
|---|---|---|
| (a) In respect to property stolen from insured premises ......................... | ... : $ _____ | |
| (b) In respect to property stolen from other than insured premises......... | ... : $ _____ | |
| (c) In respect to damage to premises ............................................... | ... : $ _____ | |
| (d) In respect to damage to property at premises................................. | ... : $ _____ | |
| (e) In respect to money, securities and merchandise stolen from safe.. | ... : $ _____ | |
| (f) In respect to merchandise stolen from safe..................................... | ... : $ _____ | |
| (g) In respect to merchandise stolen from premises.............................. | ... : $ _____ | |
| (h) In respect to property lost by personal holdup ............................. | ... : $ _____ | |

as per inventory hereto annexed

Total $ _120,977.45_

9. The total value of all property covered by this Policy immediately before the loss did not exceed $ _____ .

10. The property stolen belonged at the time of the loss to _The Diamond Shoppe Jewelers LLC_ and no other person had any interest therein, except as follows: _____

F20-252 Ed. 01-09

**EXHIBIT**
tabbies

B

1

Loss Number: 339796
Doc. Type: Settlement-Litigation

11. There has been no assignment, transfer or incumbrance, or change of ownership, of the property insured, or change of occupancy of the premises of the Insured since the issue of said Policy, except as follows: _N/A_

12. The building in which the loss occurred was occupied by _TDSJ LLC_ (me or us) for the following purposes, to-wit _Operating a Jewelry Store and retail operation y the business_

and no other person occupied any part of the premises insured or of the building, except as follows: _N/A_

13. Other Burglary, Robbery, Theft or Larceny Insurance is carried by Insured or others residing in the premises as follows:

Policy No. _N/A_ , Amount $ _____ , Company _____

Policy No. _N/A_ , Amount $ _____ , Company _____

14. _We_ (I or we) declare that the said burglary, robbery, theft or larceny did not originate by any act, design or procurement on _our_ (my or our) part, or in consequence of any collusion, fraud or evil practice done or suffered by _US_ (me or us).

15. _The Diamond Shoppe LLC_ (I or we) hereby declare that _it_ (I or we) have never before suffered loss or damage by burglary, robbery, theft or larceny, or received indemnity therefor except as follows: _____

16. Nothing material to a knowledge of the facts of the loss or damage for which claim is made has been suppressed, withheld or misrepresented herein.

17. Any other information that may be required by the Company or its representatives will be furnished on demand and be considered a part of this proof of loss.

18. It is hereby covenanted that the furnishing of this proof of loss by the Insured or the filling out of this proof of loss by an Adjuster or other representative of the Company shall not be construed as a waiver of any of the rights of the Company.

_The Diamond Shoppe Jewelers LLC .; By_ Signature _____

STATE OF _MISSOURI_ COUNTY OF _ST. CHARLES_

ss.

Personally appeared before me _Jeffrey Pulitte_ this _25th_ day of _September_ , _2017_ . to me known and known to me to be the person named in and who executed this proof of loss, ~~and in my presence read the statements~~ made on the first, second, third and fourth pages of the proof of loss and made solemn oath according to law that all of the said statements made by _him_ (him or her) are true, and that no material fact of which the **FEDERATED MUTUAL INSURANCE COMPANY** or **FEDERATED SERVICE INSURANCE COMPANY** should be advised, is withheld.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this _25_ day of _September 2017_

ERIC J. WULFF
Notary Public - Notary Seal
State of Missouri, St Charles County
Commission # 14436734
My Commission Expires Nov 23, 2018

My Commission expires _____ .

Notary Public

Any person who, with the intent to injure, defraud or deceive any insurance company, submits a statement of claim or application containing false, incomplete or misleading information, may be subject to criminal and/or civil penalties.



| | Description of Property Cost (Lost or Stolen) | Fair Market Value | Additional Information # |
|---|---|---|---|
| 1 | Glass Jewelry Case Stand Up Tower | $735.48 | 1 |
| 2 | Two Black Reclining Chairs | $481.54 | 2 |
| 3 | Jewelry Display 3C Company 11/18/13 | $2,033.51 | 3 |
| 4 | Large Tilted Oval Mirror | $78.90 | 4 |
| 5 | Cowhide Rug | $371.07 | 5 |
| 6 | Vintage Omega Watch 191-1753-Located on ebay is inferiour & valued at $699.00 | $1,499.99 | 6 |
| 7 | 2CT Total Weight Diamond Stud Earrings; Verma LLC for one Dundura Diamonds for Another | $5,700.00 | 7 |
| 8 | 14K White Gold Fashion Ring - Verona 8/8/14 | $2,499.00 | 8 |
| 9 | 14K White Gold Diamond Bracelet SDTW -f Stuller, LA Montell & Co JDP LLP | $1,502.40 | 9 |
| 10 | 14K Gold Tanazanste, Stuller, Uner, Montell & CO Trippple Best Case JDP 11/4/16 | $2,378.85 | 10 |
| 11 | ARTWORK | | |
| 1 | Flag Football 12X16 | $1,350.00 | 11 |
| 2 | Bull Dog New Age 16X16 | $2,250.00 | 11 |
| 3 | Lenny the Great 60X40 | $15,000.00 | 11 |
| 4 | Butterfly 12X16 | $1,100.00 | 11 |
| 5 | Clint Eastwood 16X16 | $2,800.00 | 11 |
| 6 | Mascot 16X20 | $1,500.00 | 11 |
| 7 | Girl/Dreamer 16X20 | $2,200.00 | 11 |
| 8 | Long Nose 24X16 | $2,100.00 | 11 |
| 9 | Flower of All 20X16 | $1,950.00 | 11 |
| 10 | Amazing Butterfly 20X20 | $2,500.00 | 11 |
| 11 | Girl with Dog 20X16 | $1,350.00 | 11 |
| 12 | Lion Main 16X20 | $2,650.00 | 11 |
| 13 | Fine Bulldog 16X20 | $2,850.00 | 11 |
| 14 | Cow Girl 16X16 | $2,100.00 | 11 |
| 15 | Bird Waching 20X16 | $2,500.00 | 11 |
| 16 | Miss Tennessee 20X30 | $3,150.00 | 11 |
| 12 | Natural Aquamarines 9.47 CT | $7,700.00 | 12 |
| 13 | 14 KY Gold 20" Herringbone | $3,600.00 | 13 |
| 14 | 14 KW Gold 8" Natural Saphire Bracelet | $3,200.00 | |
| 15 | 14 KY Gold 21" Rope Chain | $798.00 | 14 |
| 16 | Rare Vintage Omega (Interior Found $699 on ebay) | $1,499.99 | 15 |
| 17 | 14 KW Gold Antique Yellow & White Diamond Ring wt 5.8 g | $4,500.00 | |
| 18 | 10 KY Gold Bracelet (8") 3mm wt 2.3 g | $114.00 | 16 |
| 19 | 925 Tiffany Horseshoe Necklace 18" Silver wt 7.3 g | $150.00 | |
| 20 | Vintage 14 KW Gold Fashion Ring wt 3.5 g | $2,200.00 | |
| 21 | 10 Yellow Gold Bangle Bracelet 8mm wide wt 9 g | $2,600.00 | 17 |
| 22 | 18 K White Gold Singapore Chain 18" 2 mm wide | $220.00 | |
| 23 | 10K Yellow Gold Diamond Ring at 1.8 g | $349.00 | |
| 24 | Custom Palladium Diamond Ring | $2,500.00 | |
| 25 | 10K White Gold Diamond Pendent wt .5 g | $299.00 | |
| 26 | 14K Yellow Gold Hoop Earings wt 1.4 g | $141.00 | 18 |
| 27 | Damage to Walls, Need Repair | $1,100.00 | 19 |
| 28 | Glass Case #1 | $3,878.85 | |
| 29 | Glass Case #2 | $814.00 | |
| 30 | Board-up | $495.00 | 19.5 |
| 31 | Clean-up | $375.00 | |
| 32 | Jewelry Display Set | $716.00 | |
| 33 | Refurbish Jewelry; Clean & Polish | $500.00 | |
| 34 | Costume Jewelry | $200.00 | |
| 35 | 14KW Caro 74 | $1,735.60 | 20 |
| 36 | 14K Rose Earings | $91.27 | 21 |
| 37 | Block of 3 Rings Job Ticket 1803 - Mary McDonald | $1,848.00 | 22 |
| 38 | Customer Jewelry Ticket 1145 | $2,000.00 | |
| 39 | Diamond Earings 2016000001392 | $3,490.53 | 23 |
| 40 | Replace Safety Glass | $1,437.66 | 24 |
| 41 | 14KY Chain 20" Box Chain | $100.96 | 25 |
| 42 | 14KW Chain 18" Diamond Cut Cable | $221.96 | 26 |
| 43 | 14KY Chain 20" Diamond Cut Cable with Lobster | $404.89 | 27 |
| 44 | Flooring | $7,088.00 | 28 |

TOTAL                    $120,999.45